**Order entered January 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00598-CR

**MICHAEL DEIONDRE BOWEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32,465CR**

## ORDER

We **REINSTATE** this appeal.

We abated for a hearing to determine why appellant's brief had not been filed. On January 17, 2020, the trial court held a hearing and made certain findings. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Cynthia Braddy; and (3) counsel has not abandoned the appeal and intends to have a brief filed by the end of January 2020.

We **ORDER** appellant's brief filed on or before **February 3, 2020**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli Aiken, Presiding Judge, 354th Judicial District Court; to Cynthia L. Braddy; and to the Hunt County District Attorney's Office, Appellate Division.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE